UNITED STATES of America, Plaintiff–Appellee,

v.

Elydiukys FABELO, Defendant– Appellant.

No. 08–16699 Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 23, 2009.

Anne R. Schultz, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Elydiukys Fabelo, Miami, FL, pro se.

Before CARNES, WILSON and COX, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Elydiukys Fabelo in this direct criminal appeal, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Fabelo's convictions and sentences are **AFFIRMED.** However, we discovered a scrivener's error in the judgment and, therefore, this case is **REMANDED** for the limited purpose of correcting the judgment so that it indicates that the Count 4 conviction was for a conspiracy to use a firearm during a drug-trafficking crime under 18 U.S.C. § 924(*o*).